IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BENEDICT DANIELS and
RENA ATENE,
              Plaintiffs,

                                      No.1:15-cv-00632-MCA/WPL

v.

JACK D. COOK, INC., d/b/a
NAVAJO TRADING CO.,

              Defendant.

## ORDER STAYING CASE

This matter came before the Court upon the stipulation of the parties. Finding good cause to grant this request, the Court hereby stays this matter for 30 days from the date of entry of this Order. At or before the expiration of the 30 days, the parties shall either submit a status report or any such pleadings as required to proceed with this case.

                                                                       _____
                                                                       Honorable William P. Lynch
                                                                       United States Magistrate Judge

Approved:

*/s/Nicholas Mattison*
Nicholas Mattison
Feferman & Warren
2000 Central Ave. SW Ste. 2000W
Albuquerque, NM 87102
(505)243-7773
Counsel for Plaintiffs

*Approved via email*
Deena L. Buchanan
Ray, McChristian & Jeans, PC
6000 Uptown Blvd., NE
Suite 307
Albuquerque, NM  87110
(505) 212-8017
Counsel for Defendant

*Approved via email*
Amy E. Headrick
Butt, Thornton and Baehr PC
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
Counsel for Intervenor